# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:16-cv-364

| | |
|---|---|
| FRANK A. MOORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAKEDA PHARMACEUTICALS USA, ) <br> INC., et al., ) <br> ) <br> Defendants. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on Christopher W. Jackson's Application for Admission to Practice *Pro Hac Vice* of Craig A. Thompson. It appearing that Craig A. Thompson is a member in good standing with the Maryland State Bar and will be appearing with Christopher W. Jackson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Christopher W. Jackson's Application for Admission to Practice Pro Hac Vice (#9) of Craig A. Thompson

is **GRANTED**, and that Craig A. Thompson is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Christopher W. Jackson.

Signed: January 6, 2017

Dennis L. Howell
United States Magistrate Judge