# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:16-cv-364

| | | |
|---|---|---|
| FRANK A. MOORE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TAKEDA PHARMACEUTICALS USA, | ) | |
| INC., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* of Joseph J. Zonies. It appearing that Joseph J. Zonies is a member in good standing with the Colorado State Bar and will be appearing with Brian L. Kinsley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian L. Kinsley's Application for Admission to Practice Pro Hac Vice (#10) of Joseph J. Zonies is **GRANTED**,

and that Joseph J. Zonies is ADMITTED to practice, *pro hac vice*, before the Bar

of this court while associated with Brian L. Kinsley.

Signed: January 10, 2017

Dennis L. Howell
United States Magistrate Judge